```
UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA
```

SARAH ODAWARE WHITE (#319932)

CIVIL ACTION

VERSUS

NO. 11-574-FJP-CN

CARE PROVIDER MRS. MOORE

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

The Court finds that the cross-motions by the parties for summary judgment[3] are hereby denied, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, April 12, 2012.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 20.

[2] Rec. Doc. No. 21.

[3] Rec. Doc. Nos. 16 & 18.

Doc#47797