UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SARAH ODAWARE WHITE (#319932)

VERSUS

CARE PROVIDER MRS. MOORE

CIVIL ACTION

NO. 11-574-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Richard L. Bourgeois dated May 9, 2013 (doc. no. 33). The plaintiff filed an objection which essentially restates her prior argument and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's cross-motion for summary judgment (doc. no. 25) is DENIED and the defendants' cross-motion for summary judgment (doc. no. 27) is GRANTED, dismissing the plaintiff's claims asserted against the defendants, with prejudice.

Baton Rouge, Louisiana, this 29th day of May, 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE